**Form B18** (Official Form 18)(10/05)

# United States Bankruptcy Court

Western District of Missouri
**Case No. 07–42271–abf7**
**Chapter 7**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Amber Christine Williams
   fka Amber Christine Parrett
   6122 N Jefferson
   Apt 2
   Kansas City, MO 64118

Social Security No.:
   xxx–xx–5062

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                                                             BY THE COURT

Dated: <u>10/15/07</u>                                                <u>Arthur B. Federman</u>
                                                                 United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

FORM B18 continued (10/05)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**BAE SYSTEMS**

**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0866-4              User: admin                  Page 1 of 2              Date Rcvd: Oct 16, 2007
Case: 07-42271                    Form ID: b18                 Total Served: 46

The following entities were served by first class mail on Oct 18, 2007.
db          +Amber Christine Williams,    6122 N Jefferson,    Apt 2,    Kansas City, MO 64118-3945
aty         +Christopher T. Patterson,    7000 N. W. Prairie View Road, Ste 160,    Kansas City, MO 64151-3808
tr           John J. Cruciani,    Blackwell Sanders Peper Martin,    4801 Main St., Ste. 1000,
              Kansas City, MO  64112-2551
smg          Missouri Department of Revenue,    General Counsel's Office,    PO Box 475,
              Jefferson City, MO  65105-0475
12216691     ADT Security Services,    PO Box 371490,    Pittsburgh PA 15250-7490
12216692     Bank of America,    PO Box 650260,    Dallas TX 75265-0260
12216695    +Bank of America Mortgage,    PO Box 9000,    Getzville NY 14068-9000
12216696    +Blue Ridge Bank,    4240 Blue Ridge Blvd Ste 100,    Kansas City MO 64133-1700
12216698    +Citi Corp Credit Services Bankruptc,    7920 NW 110th St,    Kansas City MO 64153-1270
12216699    +Clerk, Clay County Circuit Court,    PO Box 218,    Liberty MO 64069
12216700    +Executive Financial Consultants,    310 Armour Rd  Ste 220,    North Kansas City  MO 64116-3541
12216701    +Gamache & Myers,    1000 Camera Ave Ste A,    Crestwood MO 63126-1037
12216702    +Hassen, Harlan L. DDS,    4100 Vivion Road,    Kansas City MO 64119-2811
12216703    +Kansas City Missouri Water Services Dept,    4800 E 63rd Street,    Kansas City MO 64130-4626
12216704     Kansas City Water Services Dept,    PO Box 219896,    Kansas City MO 64121-9896
12216705     LabOne,    10101 Renner Blvd,    Lenexa KS 66219-9752
12216706     LabOne, Inc.,    PO Box 650650,    Dallas TX 75265-0650
12216707    +Martin, Leigh, Laws & Fritzlen,    1044 Main St, Ste 400,    Kansas City MO 64105-2123
12216708    +Midwest Emergency Medical Services,    PO Box 11157,    Kansas City MO 64119-0157
12216710    +Missouri Gas Energy,    3420 Broadway,    Kansas City MO 64111-7516
12216709     Missouri Gas Energy,    PO Box 219255,    Kansas City, MO  64121-9255
12216711    +Money Control,    7891 Mission Grove Pkwy South,    Riverside CA 92508-5056
12216712    +Nebraska Furniture Mart,    700 South 72nd Street,    Omaha NE 68114-4697
12216713     Nebraska Furniture Mart,    PO Box 2335,    Omaha NE 68103-2335
12216714    +North Hills Auto Mart,    4932 NE Viviion Road,    Kansas City MO 64119-2935
12216715    +North Kansas City Hospital,    PO Box 419263 Sept 222,    Kansas City MO 64193-0001
12216716    +North Kansas City Hospital,    2800 Clay Edwards Drive,    N Kansas City MO 64116-3220
12216717    +Northland Obstetrics & Gynecology Inc.,    2529 Glenn Hendren Dr. Ste 200,    Liberty MO 64068-9606
12216718    +Parrett, Don and Joyce,    178 E Longfellow,    Claycomo MO 64119-1725
12216719    +Parrett, Roger & Sherri,    4506 NE 63rd St,    Kansas City MO 64119-5055
12216720     Preferred Credit, Inc.,    PO Box 1970,    St. Cloud MN 56302-1970
12216721     Quik Trip Corp,    PO Box 219736,    Kansas City MO 64121-9736
12216722     Quik Trip Corp,    PO Box 419734,    Kansas City MO 64141-6734
12216725     Sears,    PO Box 818007,    Cleveland OH 44181-8007
12216726    +Sears Bankruptcy,    4849 Greenville Ave.,    Ste 1000,    Dallas TX 75206-4166
12216727    +Security Finance Group,    3703 Main Street,    Kansas City MO 64111-1912
12216728    +Southwestern Bell,    Bankruptcy Department,    PO Box 769,    Arlington TX 76004-0769
12216730    +Williams, Vincent,    725 S. Kisner,    Independence MO 64056-3073

The following entities were served by electronic transmission on Oct 16, 2007.
tr           EDI: QJJCRUCIANI.COM Oct 16 2007 19:48:00      John J. Cruciani,    Blackwell Sanders Peper Martin,
              4801 Main St., Ste. 1000,    Kansas City, MO  64112-2551
12216693     EDI: BANKAMER.COM Oct 16 2007 19:48:00      Bank of America,    PO Box 26012,
              Greensboro NC 27420-6012
12216692     EDI: BANKAMER2.COM Oct 16 2007 19:49:00      Bank of America,    PO Box 650260,
              Dallas TX 75265-0260
12216694     EDI: BANKAMER.COM Oct 16 2007 19:48:00      Bank of America Bankruptcy,    NC4-105-03-14,
              PO Box 26012,    Greensboro NC 27420-6012
12216695    +EDI: BANKAMER2.COM Oct 16 2007 19:49:00      Bank of America Mortgage,    PO Box 9000,
              Getzville NY 14068-9000
12216697     EDI: CHASE.COM Oct 16 2007 19:49:00      Chase,    PO Box 15298,    Wilmington  DE  19886-5298
12216723     EDI: TSYS.COM Oct 16 2007 19:48:00      Sam's Club,    PO Box 981064,    El Paso TX 79998-1064
12216724     EDI: TSYS.COM Oct 16 2007 19:48:00      Sam's Club,    PO Box 530942,    Atlanta GA 30353-0942
12216725     EDI: SEARS.COM Oct 16 2007 19:49:00      Sears,    PO Box 818007,    Cleveland OH 44181-8007
12216729     EDI: WTRRNBANK.COM Oct 16 2007 19:49:00      Target,    c/o Target Credit Services,    PO Box 1581,
              Minneapolis  MN  55440-1581
12216731    +E-mail/PDF: bkmo@worldacceptance.com Oct 16 2007 23:15:39      World Finance Corp.,
              12024 Blue Ridge,    Grandview MO 64030-1154
12216732    +E-mail/PDF: bkmo@worldacceptance.com Oct 16 2007 23:15:42      World Finance Corp.,
              330 S 291 Highway,    Liberty MO 64068-1913
                                                                                              TOTAL: 12

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0866-4        User: admin              Page 2 of 2              Date Rcvd: Oct 16, 2007
Case: 07-42271              Form ID: b18             Total Served: 46

             ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 18, 2007**                          Signature:   *Joseph Speetjens*